UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-CR-62 |
| ) | (Phillips) |
| BRYAN CORNIELIUS ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1) and the court being in complete agreement with the Magistrate Judge, the Report and Recommendation [Doc. 23] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on July 26, 2011, is hereby **ACCEPTED IN WHOLE,** whereby defendant's motion to suppress stop and seizure [Doc. 15] is **DENIED.**

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge